# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1223
_____

JORGE PIEKAREWICZ and J. D.
RAYBURN,

    Appellants,

    v.

PALMETTO CLUB PROPERTIES
LIMITED PARTNERSHIP and
UNITED NATIONAL BANK,

    Appellees.

_____


On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

March 13, 2019


PER CURIAM.

    AFFIRMED.

ROBERTS and WETHERELL, JJ., and GAY, SHONNA YOUNG,
ASSOCIATE JUDGE, concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

James C. Dinkins and Mark G. Lawson of Mark G. Lawson, P.A., Tallahassee, and Kimberly L. King of King & Wood, P.A., Tallahassee, for Appellants.

Daniel E. Manausa, Kyle L. Shaw, and Miriam E. Thornton of Manausa Law Firm, P.A., Tallahassee, for Appellee Palmetto Club Properties Limited Partnership.

No appearance for Appellee United National Bank.